# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHELLE SATTERFIELD**                                                **PLAINTIFF**

**v.**                      **4:10CV00057-WRW**

**WELLS FARGO HOME MORTGAGE**                           **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion to Dismiss (Doc. No. 12). Defendant has not responded, and the time for doing so has passed. Plaintiff's Motion is GRANTED. This case is DISMISSED without prejudice. Each party will bear its own fees and costs -- for now. If Plaintiff refiles her case, I will determine at that time whether to order Plaintiff to pay costs.

All other pending motions in this case are MOOT.

IT IS SO ORDERED this 26th day of March, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE